UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GINA YOB,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 1:21-cv-617

HONORABLE PAUL L. MALONEY

**JUDGMENT**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that Judgment enters.

Dated:  November 29, 2021

  /s/  Paul L. Maloney
Paul L. Maloney
United States District Judge