UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GINA YOB,

    Plaintiff,

v.

    Case No. 1:21-cv-617

COMMISSIONER OF SOCIAL SECURITY,

    HONORABLE PAUL L. MALONEY

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff seeks attorney fees pursuant to the Equal Access to Justice Act. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on March 8, 2022, recommending this Court grant the motion in part and deny the motion in part. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 20) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion for attorney fees (ECF No. 17) is GRANTED IN PART AND DENIED IN PART. Plaintiff is awarded four thousand, five hundred, twenty-four dollars and ninety-eight cents ($4,524.98) pursuant to the EAJA. The award will be paid directly to Plaintiff.

Dated: March 23, 2022

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge